THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NEGUSE NAIZGHI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD CASUALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C20-1643-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' notice of settlement (Dkt. No. 11). Plaintiffs inform the Court that the parties have settled this action. (*Id.*) Accordingly, case management deadlines are STRICKEN and this case shall be statistically CLOSED pending the parties' anticipated filing of a stipulated order of dismissal.

DATED this 21st day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk