THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEGUSE NAIZGHI, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. C20-1643-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 13). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate that all claims shall be dismissed with prejudice. Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims in this action are DISMISSED with prejudice and without costs to any party, with each party to bear its own attorney fees and other litigation expenses. The Clerk is directed to CLOSE this case.

//

//

MINUTE ORDER, C20-1643-JCC
PAGE - 1

1    DATED this 5th day of February 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, C20-1643-JCC
PAGE - 2